# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**UNITED STATES OF AMERICA,**   Criminal No. 05-066 (MJD/JGL)

    Plaintiff,

v.   **O R D E R**

**QUIRNO PAUL CHAVEZ CAMBERO**

    Defendant.

### APPEARANCES

Lisa Kirkpatrick, Esq., Assistant U.S. Attorney, on behalf of Plaintiff United States of America

Lyonel Norris, Esq., Assistant Federal Public Defender, on behalf of Quirno Paul Chavez Cambero

Based upon the Report and Recommendation by Chief United States Magistrate Judge Jonathan Lebedoff dated April 22, 2005, all the files, records and proceedings herein, and no objections having been filed to that Report and Recommendation,

**IT IS HEREBY ORDERED:**

(1)   Defendant's Pretrial Motion to Suppress Statements, Admissions and Answers (Doc. No. 18) is **DENIED**.

Dated: May 31, 2005

                                                 s/ Michael J. Davis
                                                MICHAEL J. DAVIS
                                                United States District Court